UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS, | No. 2:19-cv-2315 CKD P |
| Plaintiff, | |
| v. | ORDER |
| P. BETINIS, | |
| Defendant. | |

Plaintiff has requested an extension of time to file an amended complaint. Good cause appearing, that request will be granted. Plaintiff has also asked that the court stay its order to the California Department of Corrections and Rehabilitation concerning the collection of the filing fee for this action from plaintiff's trust account. Plaintiff has not shown good cause for the entry of such an order,[1] nor that the court has the authority to stay the collection order.

/////

/////

/////

/////

---

[1] Plaintiff claims other inmates have money placed into his plaintiff's trust account to avoid paying restitution, therefore all of the money in his trust account is not really his. Plaintiff's efforts to assist other inmates in avoiding their legal obligations is not a valid excuse for staying the court's collection order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No.15) is granted.

2. Plaintiff's amended complaint shall be filed no later than May 15, 2020. Failure to file an amended complaint by May 15, 2020 will result in a recommendation that this action be dismissed without prejudice.

3. Plaintiff's request that the court stay its order to the California Department of Corrections and Rehabilitation concerning the collection of the filing fee for this action from plaintiff's trust account (ECF No. 14) is denied.

Dated: April 1, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
will2315.mfe

2