UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS, | No. 2:19-cv-2315 CKD P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| P. BETINAS, | |
| Defendant. | |

Plaintiff has withdrawn his request to file an amended complaint. Good cause appearing IT IS HEREBY ORDERED that:

1. The portion of the court's April 1, 2020 order granting plaintiff leave to file an amended complaint is vacated.
2. This action will proceed on plaintiff's original complaint as described in the court's March 23, 2020 order (ECF No. 8).

Dated: April 13, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
will2315.36