UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS, | No. 2: 19-cv-2315 CKD P |
| Plaintiff, | |
| v. | ORDER |
| P. BETINIS, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On October 22, 2020, the undersigned conducted a settlement conference in this action. This action settled.

On November 5, 2020, plaintiff filed a letter stating that he mailed dispositional documents to defendants regarding the settlement. (ECF No. 34.) Plaintiff states that he is not sure whether the prison actually mailed the dispositional documents to defense counsel because the mail logbook does not show that the documents were sent out. Plaintiff requests that the court contact defense counsel regarding the dispositional documents.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Within seven days of the date of this order, defense counsel shall either send plaintiff new dispositional documents for plaintiff to sign and return; or if defense counsel has received the dispositional documents from plaintiff at the time they receive this order,

| | |
|---|---|
| 1 | within seven days of the date of this order, they shall send plaintiff a signed copy of |
| 2 | the documents for his records; |
| 3 | 2.  The concerns raised in plaintiff's letter filed November 5, 2020 (ECF No. 34) are |
| 4 | deemed resolved. |

Dated:  November 13, 2020

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Will2315.ord