UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER WILLIAMS, | No. 2: 19-cv-2315 CKD P |
| Plaintiff, | |
| v. | ORDER |
| P. BETINIS, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On October 22, 2020, the undersigned conducted a settlement conference in this action. This action settled.

On January 11, 2021, plaintiff filed an "ex parte application" stating that defense counsel has not provided him with a fully executed copy of the settlement documents. (ECF No. 40.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the date of this order, defendant shall provide plaintiff with a fully executed copy of the settlement documents; defendant shall inform the court when these documents are sent to plaintiff;

2. The matters raised in plaintiff's "ex parte application" (ECF No. 40) are deemed resolved.

Dated: January 13, 2021

Will2315.ord(2)

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE